IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BANK OF COMMERCE & TRUST CO.

   *Plaintiff,*

v.

LANCE L. DOMINIQUE, d/b/a
DOMINIQUE & ASSOCIATES,

   *Defendant*s.

Case No. 07-1332-MLB

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

  NOW before the Court is the motion of Ross A. Hollander, Christopher M. McHugh and Michelle K. Moe, counsel of record for Defendant Lance L. Dominique, to withdraw as counsel of record in this case. (Doc. 19.)

  The Court has been advised by counsel that they have notified Defendant that he has until June 30, 2008, to file an answer or otherwise plead to the Complaint and further notified of the Scheduling Conference set for July 17, 2008, at 11:00.

  For good cause shown, the motion is granted and the withdrawal of moving counsel shall be effective upon the filing of this order.

  IT IS SO ORDERED.

  Dated at Wichita, Kansas this 6th day of June, 2008.

             s/ DONALD W. BOSTWICK
             U.S. Magistrate Judge